# NOTICE OF REMOVAL

**STATE OF MICHIGAN**

**FROM:**  **2A DISTRICT COURT OF ADRIAN**
Judicial Building, 425 North Main Street, Adrian MI 49221

**FILED - GR**
April 10, 2023 1:24 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: KB /4/11

Statutory Case:  No. **2018-183406712A-SM**   No. **2018-183406712B-SI**
No. **2018-183406712C-ST**   No. **2018-183114-ST**

**TO:**

399 Federal Building 110 Michigan NW Grand Rapids, Mich. 49503 Phone: 616-456-2381

## UNITED STATES DISTRICT COURT
For the
### WESTERN DISTRICT OF MICHIGAN

**1:23-cv-364**
Robert J. Jonker
U.S. District Judge

**FEDERAL CASE NO:** _____

**FOR CAUSE:** Violation of Due Process[1] Violation of Constitutional rights Fraud Upon the Court Malfeasance, misfeasance of office

**AUTHORITY:** United States Constitution Article III Section 2: The judicial power shall extend to all cases, in law and equity, arising under this Constitution, ...

Notice is hereby given that I, Ervin Joseph LaMie in the above-named case hereby move to the United States District Court for the Western District of Michigan of Violation of Due Process, Fraud upon the court, violation of constitutional rights for cause.

### JURAT

Before me, the below named "Notary Public", personally appeared before me Ervin Joseph LaMie who proved to me on the basis of satisfactory evidence with type to be the person whose name is subscribed to within this instrument and acknowledged to me that he/she executed the same in his authorized capacity and that by his/her autograph on the instrument, the person acted, or ally with right hand extended executed the instrument.

Ervin Joseph LaMie        04/ 5 /2023    Johnny D Aaron
                                          NOTARY PUBLIC:
                                          Johnny D. Aaron
STATE OF MICHIGAN    } (SEAL:)    NOTARY PUBLIC - STATE OF MICHIGAN
                     } ss         COUNTY OF MUSKEGON
COUNTY OF MUSKEGON   }            My Commission Expires July 02 2028
                                  Acting in the County of _____

---

[1] **Bill of Rights Amendment V**: *No person shall be deprived of life, liberty, or property, without due process of law;* And, **Bill of Rights Amendment VII**: *In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved,*

# NOTICE OF REMOVAL

**STATE OF MICHIGAN**

**FROM:**

**2A DISTRICT COURT OF ADRIAN**
Judicial Building, 425 North Main Street, Adrian MI 49221

Statutory Case:   No. **2018-183406712A-SM**   No. **2018-183406712B-SI**
No. **2018-183406712C-ST**   No. **2018-183114-ST**

**TO:**

399 Federal Building 110 Michigan NW Grand Rapids, Mich. 49503 Phone: 616-456-2381

## UNITED STATES DISTRICT COURT
For the
### WESTERN DISTRICT OF MICHIGAN

**FEDERAL CASE NO:** _____

**FOR CAUSE:** Violation of Due Process[1] Violation of Constitutional rights Fraud Upon the Court Malfeasance, misfeasance of office

**AUTHORITY:** United States Constitution Article III Section 2: The judicial power shall extend to all cases, in law and equity, arising under this Constitution, …

Notice is hereby given that I, Ervin Joseph LaMie in the above-named case hereby move to the United States District Court for the Western District of Michigan of Violation of Due Process, Fraud upon the court, violation of constitutional rights for cause.

### JURAT

Before me, the below named "Notary Public", personally appeared before me Ervin Joseph LaMie who proved to me on the basis of satisfactory evidence with type to be the person whose name is subscribed to within this instrument and acknowledged to me that he/she executed the same in his authorized capacity and that by his/her autograph on the instrument, the person acted, or ally with right hand extended executed the instrument.

_____   03/28/2023   _____
Ervin Joseph LaMie                              NOTARY PUBLIC:

STATE OF MICHIGAN                  }  (SEAL.)   Johnny D. Aaron
                                                   NOTARY PUBLIC - STATE OF MICHIGAN
                                    } ss         COUNTY OF MUSKEGON
COUNTY OF MUSKEGON                  }            My Commission Expires July 02 2028
                                                 Acting in the County of _____

---

[1] **Bill of Rights Amendment V**: *No person shall be deprived of life, liberty, or property, without due process of law*; And, **Bill of Rights Amendment VII**: *In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved,*

399 Federal Building 110 Michigan NW Grand Rapids, Mich. 49503 Phone: 616-456-2381

# UNITED STATES DISTRICT COURT
## For the
## WESTERN DISTRICT OF MICHIGAN

Ervin Joseph LaMie Jr,

        Plaintiff, /

v.

Heidi Cannon,
Todd M, Morgan
Jointly, severally, individually, corporately

        Defendants(s)/

Case No.

Hon

**JURISDICTION:** Court of Record[2]
under Natural Law[3]
ACTION AT LAW[4]

**ORIGINATING COURT:**

**2A DISTRICT COURT**
425 North Main Street
Adrian MI 49221

Statutory Case No. **2018-183406712A-SM**
No. **2018-183406712B-SI**
No. **2018-183406712C-ST**
No. **2018-183114-ST**

Ervin Joseph LaMie Jr. in Pro per Plaintiff
C/o 1281 Fleming Ave
Muskegon, MI 49442
616-834- 8912

Heidi Cannon Defendant
Court Administrator
2A District Court
425 North Main Street
Adrian MI 49221
517-264-4672

Todd M. Morgan Defendant
425 North Main Street
Adrian MI 49221 Defendant

**REMOVAL FOR CAUSE**[5]

---

[2] "**A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo. App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[3] As distinguished from enacted positive law

[4] **AT LAW:** According to Natural Law independent of enacted law; by, for, or in law; particularly in distinction from that which is done in or according to equity - Hooker v. Nichols, 116 N.C. 157, 21 S.E. 208

[5] **Article III Section 2:** The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;...

Ervin Joseph LaMie, a Natural Person[6] of Michigan, hereinafter plaintiff, in this court of record, proceeding according to Natural Law hereby moves the above said court of origin to the above said federal district court for cause, pursuant to Article III Section 2 for violation of plaintiff's unalienable right of due process protected by the 5th and 7th Amendment.[7,8]

Whereas; Plaintiff sues Heidi Cannon and Todd M. Morgan defendants, for reparations; plaintiff being a natural person preserve's jurisdiction stated above in a court of law that proceeds according to Natural Law independent of enacted law. As grounds in support of removal plaintiff states as follows:

1. On March 8th 2023 the defendants received the notices from the plaintiff Ervin Joseph LaMie, the defendants that same day entered an order for default against the plaintiff in an amount exceeding nine hundred dollars in retaliation to his notices for oaths, bonds and his limited appearance and challenge to jurisdiction.

2 On March 10th 2023 two days after the defendants received the following from plaintiff Ervin Joseph LaMie, the notices of his limited appearance and his challenge to jurisdiction in the matters within the 2A District Court concerning the plaintiff, the defending parties entered into lien an warrant for the arrest of the plaintiff.

3. On March 21st 2023, the plaintiff arrived at the 2A Court and appeared as he stated he would. He was then arrested and jailed by placing him into a holding cell without cause.

4. On March 21st 2023, an arraignment was held and the plaintiff informed the judge that he had sent the court notices that he was appearing in a limited capacity to challenge jurisdiction. The plaintiff was informed that he was being arraigned and that was all that was happening at that time even when the plaintiff again informed the court of the challenge to jurisdiction and his limited appearance, the court

---

[6] **Soul** (people): People are supreme, not the state. - Waring vs. the Mayor of Savanah, 60 Georgiaat 93; The state cannot diminish rights of the people. - Hertado v. California, 100 US 516; ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves... - CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455, 2 DALL (1793) pp471-472]: "Persons" are of two kinds, natural and artificial. A natural person is a human being. Artificial persons include a collection or succession of natural persons forming a corporation; a collection of property to which the law attributes the capacity of having rights and duties. The latter class of artificial persons is recognized only to a limited extent in our law. Examples are the estate of a bankrupt or deceased person. Hogan v. Greenfield, 58 Wyo. 13, 122 P.2d 850, 853.

[7] **Amendment V:** No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

[8] **Amendment VII:** In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, than according to the rules of the common law.

refused to entertain the plaintiffs challenge to jurisdiction denying his constitutional right to Due Process of Law.

5. During the arraignment the plaintiff made it clear that he did not consent to the actions taking place, he also informed court he was not aware of any defaults that were entered against him.

6. After the arraignment the plaintiff went to the District Court Clerks office where the administrator defendant Heidi Cannon refused to allow the plaintiff representing himself as his own attorney to see the warrant and the bond and the verified complaint that were to be in the non-public side of the case file to which the Michigan Nonpublic and Limited Court Records documentation allow the attorney, parties and the court to review said files within the case.

7. Furthermore the warrant must be produced and was not when the person being arrested requests to see the warrant. The defendants refused to allow the plaintiff his right to review the warrant claiming he was not certified in lien.

The claim of the above facts committed are in violation of the due process of law, are factual in the events claimed therein such as violations to the plaintiff constitutional right of the 14th Amendment, the Michigan Constitution article 1 section 11.

The defendants had the court issue a warrant for the arrest of the plaintiff and he was arrested thus resulting in false arrest and unlawfully imprisonment of and in violations of the plaintiff's constitutional rights pursuant to the United States Constitution pursuant to the 14th the 5th and 7th Amendment.

Defendants, conspired[9] under color of law in a nisi prius[10] de facto[11] quasi[12] court not of record proceeding "in equity" and not at law[13] and did willfully injure, oppress, defraud and in order to suppress the collections of the judgements again the defendants and deprived[14] plaintiff his unalienable right[15] of due process, secured by the Bill of Rights, with the intent to proceed unlawfully carrying plaintiff away to jurisdictions unknown.

---

[9] **18 USC 241:** If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

[10] **NISI PRIUS:** is a Latin term (Bouvier's Law) Where courts bearing this name exist in the United States, they are instituted by statutory provision.; Black's 5th "Prius" means "first." "Nisi" means "unless." A "nisi prius" procedure is a procedure to which a party FIRST agrees UNLESS he objects.; Blacks 4th - A rule of procedure in courts is that if a party fails to object to something, then it means he agrees to it. A nisi procedure is a procedure to which a person has failed to object A "nisi prius court" is a court which will proceed unless a party objects. The agreement to proceed is obtained from the parties first.

[11] **DE FACTO:** In fact, in deed, actually. This phrase is used to characterize an officer, a government, a past action, or a state of affairs which must be accepted for all practical purposes, but is illegal or illegitimate. In this sense it is the contrary of de jure, which means rightful, legitimate, just, or constitutional. Thus, an officer, king, or government de facto is one who is in actual possession of the office or supreme power, but by usurpation, or without lawful title; while an officer, king, or governor de jure is one who has just claim and rightful title to the office or power, but has never had plenary possession of it, or is not in actual possession. 4 Bl.Comm. 77, 78. MacLeod v. United States, 229 U.S. 416, 33 S.Ct. 955, 57 L.Ed. 1260; Wheatley v. Consolidated Lumber Co., 167 Cal. 441, 139 P. 1057, 1059.

[12] **QUASI:** Lat. As if; almost as it were; analogous to. This term is used in legal phraseology to indicate that one subject resembles another, with which it is compared, in certain characteristics, but that there are intrinsic and material differences between them. Bicknell v. ,Garrett, 1 Wash.2d 564, 96 P.2d 592, 595, 126 A.L.R. 258; Cannon v. Miller, 22 Wash.2d 227, 155 P.2d 500, 503, 507, 157 A.L.R. 530. Marker v. State, 25 Ala.App. 91, 142 So. 105, 106. It is often prefixed to English words, implying mere appearance or want of reality. State v. Jeffrey, 188 Minn. 476, 247 N.W. 692, 693.

[13] **AT LAW:** [Bouvier's] This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.; ALL CASES AT LAW. [Black's Law 4th] Within constitutional guaranty of jury trial, refers to common law ac-tions as distinguished from causes in equity and certain other proceedings. Breimhorst v. Beck-man, 227 Minn. 409, 35 N.W.2d 719, 734. According to law; by, for, or in law; particularly in distinction from that which is done in or according to equity; or in titles such as sergeant at law, barrister at law, attorney or counsellor at law. Hooker v. Nichols, 116 N.C. 157, 21 S.E. 208.

[14] **18 USC 242** Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

[15] **42 USC 1983** Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress,…

Defendants not being able to prove a claim and fiduciary authority over plaintiff necessary for a lawful seizure of body and/or property in a court of record conspired and devise a plan under the color of law to bypass plaintiff's unalienable right of "due process" in a court not of record in jurisdictions' unknown. Defendants are fraudulently denying plaintiff's unalienable right of due process[16] in a court of record proceeding according to Natural Law protected by Amendments V and VII.

**WHEREFORE** plaintiff moves this court for an order with prejudice commanding defendants to cease and desist from their unlawful scheme of extortion and restore the plaintiff to his original state, including the returning of all assets and monies, real property stolen from plaintiff along with an order recognizing the documents according to the common law administrative proceeding judgment and enforcing such.

Plaintiff demands restitution as follows: Each defendant is to pay restitution to plaintiff in real money[17] in the amount of $3,000.00 face value[18] each for violating plaintiff's unalienable right of due process secured by the Bill of Rights. Defendants, governed by USC Title 18, acted under color of law[19] in one accord and thereby a conspiracy in violation of 18 USC §241 and 18 USC §242. Plaintiff(s) are not seeking prison sentences but only restitution as required by common law.

_____
Ervin Joseph LaMie, in Pro Per

**JURAT**

Before me, the below named "Notary Public", personally appeared before me Ervin Joseph LaMie who proved to me on the basis of satisfactory evidence with type to be the person whose name is subscribed to within this instrument and acknowledged to me that he/she executed the same in his authorized capacity and that by his/her autograph on the instrument, the person acted, or ally with right hand extended executed the instrument.

_____  04/ 5 /2023   _____
Ervin Joseph LaMie                          NOTARY PUBLIC:
                                            Johnny D. Aaron
STATE OF MICHIGAN        } (SEAL:)  NOTARY PUBLIC - STATE OF MICHIGAN
                         } ss              COUNTY OF MUSKEGON
COUNTY OF MUSKEGON       }          My Commission Expires July 02 2028
                                    Acting in the County of _____

---

[16] "**Law of the land**," "due course of law," and "due process of law" are synonymous. People v. Skinner, Cal., 110 P.2d 41, 45; State v. Rossi, 71 R.I. 284, 43 A.2d 323, 326; Direct Plumbing Supply Co. v. City of Dayton, 138 Ohio St. 540, 38 N.E.2d 70, 72, 137 A.L.R. 1058; Stoner v. Higginson, 316 Pa. 481, 175 A. 527, 531.

[17] **US Constitution Article I Section 10**: No state shall … make anything but gold and silver coin a tender in payment of debts.

[18] Morgan Silver dollars

[19] **COLOR OF LAW**: The appearance or resemblance, without the substance, of legal right. State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148.